IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STANDARD INSURANCE COMPANY | NO. CV 07-03872 CW |
| Plaintiff,<br>v. | **CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY DOCKET NOS. 1 -3.** |
| WHIRLPOOL CORPORATION | |
| Defendant. | |

On July 27, 2007, counsel for Defendant filed a Notice of Removal, docket #1; Answer to Removal Complaint, docket #2; Copy of all Process, Pleadings and Orders Served upon Defendant, docket #3; manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Defendant should submit the Notice of Removal, docket #1; Answer to Removal Complaint, docket #2; Copy of all Process, Pleadings and Orders Served upon Defendant, docket #3, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do ***not*** e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: August 28, 2007                                             Cynthia Lenahan
                                                                                    Deputy Clerk