BRUCE NYE, SBN 77608
ADAMS | NYE | SINUNU | BRUNI | BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile: (415) 982-2042

Attorneys for Defendant
WHIRLPOOL CORPORATION

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| THE STANDARD INSURANCE COMPANY, | No. RG07325813 |
| Plaintiff, | NOTICE OF REMOVAL |
| vs. | |
| WHIRLPOOL CORPORATION and DOES 1 to 50 inclusive, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that a Notice of removal of this action will be filed in the United States District Court for the Eastern District of California on July 27, 2007.

A copy of said Notice of Removal is attached to this Notice as Exhibit A, and is served and filed herewith.

DATED: July 27, 2007                          ADAMS | NYE | SINUNU | BRUNI | BECHT LLP

By: _____
BRUCE NYE
Attorneys for Defendant
WHIRLPOOL CORPORATION

1

1

**PROOF OF SERVICE**

2      I am over the age of eighteen years, not a party to the above-captioned matter, and employed by Adams | Nye | Sinunu | Bruni | Becht  LLP at 222 Kearny Street, Seventh Floor, San Francisco,
3   California, where the service described below took place on the date set forth below.

4   **Person(s) Served:**

5   Shawn C. Moore, Esq.
    ELIE & ASSOCIATES
6   11070 White Rock Road, Ste. 200
    Rancho Cordova, CA 95670
7   Tel: (916) 638-6610
    Fax: (916) 638-6607
8

9   **Document(s) Served:**

                        NOTICE OF REMOVAL
10

11  **Manner of Service:**

    X   **Mail:**  I am readily familiar with my employer's practice for the collection and processing of
12      correspondence for mailing with the United States Postal Service: such correspondence is
        deposited with the United States Postal Service on the same day in the ordinary course of
13      business in the county where I work.  On the date set forth below, at my place of business,
        following ordinary business practices, I placed for collection and mailing by deposit in the
14      United States Postal Service a copy of each Document Served, enclosed in a sealed
        envelope, with the postage thereon fully prepaid, each envelope being addressed to one of
15      the Person(s) Served, in accordance with Code of Civil Procedure 1013(a).

16

17
        I declare under penalty of perjury under the laws of the State of California that the foregoing
18  is true and correct.

19
    Dated: July 27, 2007
20                                                    _____
                                                             Signature
21                                           MARIA T. San Juan

22

23

24

25

26

27

28

                                    2

1   BRUCE NYE, SBN 77608
    ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP
2   222 Kearny Street, Seventh Floor
    San Francisco, California  94108-4521
3   Telephone: (415) 982-8955
    Facsimile:  (415) 982-2042
4
    Attorneys for Defendant
5   WHIRLPOOL CORPORATION

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT, CALIFORNIA

10

11  THE STANDARD INSURANCE
    COMPANY,                            No.:
12
                      Plaintiff,
13                                       **NOTICE OF REMOVAL**
    vs.
14                                       (Alameda Superior Court No. RG07325813)
    WHIRLPOOL CORPORATION and DOES 1
15  to 50 inclusive,
16                    Defendant.
17

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19      Defendant Whirlpool Corporation hereby files this Notice of Removal of the above entitled

20  action to the United States District Court for the Northern District of California, from the Superior

21  Court of the State of California for the County of Alameda where the action is now pending as

22  provided for by Title 28, U.S. Code, Chapter 89, and states:

23      1.    This action is a civil action for negligence and product liability, and the United States

24            District Court for the Northern District of California has jurisdiction by reason of the

25            diversity of citizenship of the parties.

26      2.    At all times relevant to this Notice and on May 14, 2007, when the action was

27            commenced in the Superior Court of the State of California, Defendant Whirlpool

28            Corporation was, and now is, a corporation organized, formed and incorporated in

                                        1

EXHIBIT A

1   and under the laws of the State of Delaware, having its principal place of business in

2   the State of Michigan.

3   3.   As alleged in the Complaint, at all times relevant to this Notice, and on May 14,

4        2007, when the action was commenced in the Superior Court of the State of

5        California, Plaintiff The Standard Fire Insurance Company was a corporation

6        organized, formed and incorporated in and under the laws of the State of

7        Connecticut, having its principal place of business in the State of Connecticut.

8   4.   There are no named parties in this matter other than Plaintiff The Standard Fire

9        Insurance Company and Defendants Whirlpool Corporation. and DOES 1-50,

10       inclusive.   The citizenship of the fictitiously named defendants is irrelevant for

11       removal purposes.  See 28 U.S.C. § 1441(a).

12  5.   As more fully described below, this Court has jurisdiction over this action, pursuant

13       to 28 U.S.C. § 1332, because it is a civil action in which the amount in controversy

14       exceeds the sum of $75,000, exclusive of costs and interest, and complete diversity

15       of citizenship exists between the properly joined parties.  Specifically, the Complaint

16       alleges that Plaintiff has sustained damages in the sum of $169,239.46 exclusive of

17       prejudgment interest.

18  6.   Defendant Whirlpool Corporation received its first notice of this matter when it was

         served by process on June 28, 2007, less than thirty day                      the filing of this

20       notice.

21  7.   A copy of all process, pleadings and orders served upon Defendant is filed with this

22       notice.

23  8.   Defendant will give written notice of the filing of this notice as required by 28 U.S.C.

24       § 1446(d).

25  ////

26  ////

27  ////

28  ////

2

NOTICE OF REMOVAL

1    9.    A copy of this notice will be filed with the clerk of the Superior Court in and for the

2    County of Alameda, as required by 28 U.S.C. § 1446(d).

3    WHEREFORE, Defendant requests that this action proceed in this Court as an action

4    properly removed to it.

5

6    DATED: July 27, 2007                    ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP

7

8                                           By: _____

9                                                       BRUCE NYE
                                            Attorneys for Defendant
10                                          WHIRLPOOL CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**PROOF OF SERVICE**

1

2     I am over the age of eighteen years, not a party to the above-captioned matter, and employed
by Adams | Nye | Sinunu | Bruni | Becht  LLP at 222 Kearny Street, Seventh Floor, San Francisco,
3     California, where the service described below took place on the date set forth below.

4     **Person(s) Served:**

5     Shawn C. Moore, Esq.
      ELIE & ASSOCIATES
6     11070 White Rock Road, Ste. 200
      Rancho Cordova, CA 95670
7     Tel: (916) 638-6610
      Fax: (916) 638-6607
8
      **Document(s) Served:**
9
                              **NOTICE OF REMOVAL**
10
      **Manner of Service:**
11
      X     **Mail:**  I am readily familiar with my employer's practice for the collection and processing of
12          correspondence for mailing with the United States Postal Service: such correspondence is
            deposited with the United States Postal Service on the same day in the ordinary course of
13          business in the county where I work.  On the date set forth below, at my place of business,
            following ordinary business practices, I placed for collection and mailing by deposit in the
14          United States Postal Service a copy of each Document Served, enclosed in a sealed
            envelope, with the postage thereon fully prepaid, each envelope being addressed to one of
15          the Person(s) Served, in accordance with Code of Civil Procedure 1013(a).

16

17          I declare under penalty of perjury under the laws of the State of California that the foregoing
18    is true and correct.

19    Dated: July 27, 2007
20                                              _____
                                                        Signature
21                                              MARIA T. OPJUAN

22

4

NOTICE OF REMOVAL