Shawn C. Moore, Esq., SBN 156134
ELIE & ASSOCIATES
11070 White Rock Road, Ste. 200
Rancho Cordova, CA 95670
Telephone:    (916) 638-6610
Facsimile:    (916) 638-6607

Attorneys for Plaintiff
THE STANDARD FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> WHIRLPOOL CORPORATION, et al., <br><br> Defendants. | CASE NO:   4:07-CV-03872-CW <br><br> STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in the following ADR process:

Court Processes:

\_\_\_\_\_  Non-binding Arbitration  (ADR L.R. 4)

\_\_\_\_\_  Early Neutral Evaluation (ENE)  (ADR L.R.5)

__X__  Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by the presumptive deadline, 120 days from the date

-1-

1  of the order referring the case to an ADR process.

2

3        Dated: October 16, 2007                    /S/   SHAWN C. MOORE_____
                                                    SHAWN C. MOORE
4                                                   Attorney for The Standard Insurance Co.

5

6

7        Dated: October 16, 2007                    /S/  GEORGE HORN_____
                                                    GEORGE HORN
8                                                   Attorney for Whirlpool Corporation

9

10       I hereby attest that I have on file a holograph signature for the above signature indicated by a

11  "conformed" signature (/S/) within this efiled document.

12

13       Dated: October 16, 2007                    /S/ SHAWN C. MOORE_____
                                                    SHAWN C. MOORE
14                                                  Attorney for The Standard Insurance Co.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation.

Deadline for ADR session is 120 days from the date of this order.

IT IS SO ORDERED.

10/25/07

Dated_____   _____
                                 UNITED STATES DISTRICT JUDGE