## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Standard Insurance,

        Plaintiff,

  v.

Whirlpool Corporation,

        Defendant.

NO. C -07-3872-CW

**MINUTE ORDER**
Date: 11/6/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Frances Stone for Sheilah Cahill**
**Court Reporter:** Mary Richardson

**Appearances for Plaintiff:**
Shawn Moore (by telephone)

**Appearances for Defendant:**
Bruce Nye (by telephone)

**Case Management Conference Held?:** Yes (2:30-2:40pm)

Expert Disclosure:  4/8/08 : Expert Witness cutoff: 3/17/08
Discovery Cutoff:  3/17/08
Dispositive Motions Hearing Cutoff:  5/8/08 at 2:00PM
Further Case Management Conference: 5/8/08 at 2:00PM
Settlement Conference:
Magistrate Judge
Pretrial Conference Date: 7/23/08 at 2:00PM
Trial to Jury on: 8/4/08  at 8:30 am for: 4 day Jury trial

Notes:  Magistrate Consent forms to be faxed to attys by clerk

Copies to:  Chambers; Sheilah