Shawn C. Moore, Esq., SBN 156134
ELIE & ASSOCIATES
11070 White Rock Road, Ste. 200
Rancho Cordova, CA 95670
Telephone:   (916) 638-6610
Facsimile:    (916) 638-6607

Attorneys for Plaintiff
THE STANDARD FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br>vs.<br><br>WHIRLPOOL CORPORATION, et al.,<br><br>　　　　　Defendants. | CASE NO:   4:07-CV-03872-CW<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  November 15, 2007　　　　　　　　/S/  SHAWN C. MOORE
　　　　　　　　　　　　　　　　　　　　　　　　SHAWN C. MOORE
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for The Standard Fire Insurance Co.

THE STANDARD FIRE INSURANCE CO. v. WHIRLPOOL CORP.
United States District Court, Northern District of California, Case No. 4:07-cv-03872-CS

Case 3:07-cv-03872-BZ   Document 13   Filed 11/15/2007   Page 2 of 2

## PROOF OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of 18 years and not a party to the above-captioned matter. My business address is 11070 White Rock Road, Suite 200, in Rancho Cordova, California 95670.

On this date, I served the foregoing document described as: CONSENT TO PROCEED BEFORE A UNTIED STATES MAGISTRATE JUDGE on the parties below by placing a true copy thereof in a sealed envelope and served same on the parties/counsel, addressed as follows:

**Counsel for Defendant WHIRLPOOL CORPORATION:**
Bruce Grant Nye, Esq.
ADAMS, NYE, SINUNU, BRUNI & BECHT
222 Kearny Street, 7th Floor
San Francisco, CA 94108
PH:     (415) 982-8955
FAX:    (415) 982-2042
EM:     bnye@ansbb.com

The following is the procedure in which service of this document was effected:

__X__ (REGULAR MAIL) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox after the close of the day's business.

____ (PERSONAL SERVICE) by delivering by hand and leaving a true copy with the person and/or secretary at the address shown above.

____ (OVERNIGHT DELIVERY) by placing a true copy thereof enclosed in a sealed envelope, prepaid, deposited with the overnight carrier/box after the close of the day's business.

____ (FACSIMILE TRANSMITTAL) by placing a true copy thereof into a facsimile machine addressed to the person, address and telephone number shown above. Said copy was transmitted without error.

I, the undersigned, hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this document was executed at Rancho Cordova, California on November 15, 2007.

*Avonne J. Ruiz*
Avonne J. Ruiz