**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE STANDARD INSURANCE COMPANY,

    Plaintiff,

  v.

WHIRLPOOL CORPORATION,

    Defendant.
_____/

No. C 07-03872 CW

CLERK'S NOTICE RESCHEDULING PRETRIAL CONFERENCE

    Notice is hereby given that the Pretrial Conference, previously set for July 23, 2008, is rescheduled to **Tuesday, July 22, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 11/27/07

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk