1  BRUCE NYE, SBN 77608
   ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP
2  222 Kearny Street, Seventh Floor
   San Francisco, California  94108-4521
3  Telephone: (415) 982-8955
   Facsimile:  (415) 982-2042
4
   Attorneys for Defendant
5  WHIRLPOOL CORPORATION

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | THE STANDARD INSURANCE       | No. C-07-03872 CW
   | COMPANY,                     |
12 |                              | ORDER GRANTING
   |                   Plaintiff, |
13 |                              | STIPULATION AND JOINT REQUEST
   | vs.                          | FOR ASSIGNMENT TO MAGISTRATE
14 |                              | JUDGE BERNARD ZIMMERMAN FOR
   | WHIRLPOOL CORPORATION and DOES 1 | ALL PURPOSES
15 | to 50 inclusive,             |
16 |                   Defendant. |

17

18 **TO THE HONORABLE CLAUDIA WILKEN, UNITED STATES DISTRICT JUDGE:**

19     1.  This matter is before the Court on removal jurisdiction pursuant to 28 U.S.C. §§ 1332

20 and 1441. The amount in controversy is approximately $169,240.

21     2.  At the Initial Case Management Conference on November 6, 2007, this Court urged the

22 parties to give serious consideration to stipulating to this matter being heard by a Magistrate Judge.

23 The Court suggested that the parties could either simply consent to a hearing by a Magistrate Judge

24 or express a preference for a particular Magistrate Judge.

25 ///

26 ///

27 ///

28

3. At this time, assuming that such an assignment is consistent with the interests and work load of the Court, the parties jointly request that, in accordance with 28 U.S.C. § 636 subpart c, this matter be assigned to Magistrate Judge Bernard Zimmerman.

Dated: February 11, 2008

ELIE & ASSOCIATES

By: _____
SHAWN C. MOORE
Attorneys For Plaintiff
THE STANDARD INSURANCE COMPANY

Dated: February 13, 2008

ADAMS | NYE | TRAPANI | BECHT LLP

By: _____
BRUCE NYE
Attorneys For Defendant
WHIRLPOOL CORPORATION

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: ~~February~~ March 12, 2008

_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge