**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**March 13, 2008**

CASE NUMBER:  CV 07-03872 CW
CASE TITLE:  THE STANDARD INSURANCE COMPANY-v-WHIRLPOOL CORPORATION

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable BERNARD ZIMMERMAN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **BZ** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: March 13, 2008

FOR THE EXECUTIVE COMMITTEE:

_____
                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                               Entered in Computer 03/13/08 cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                      Transferor CSA