UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STANDARD INSURANCE CO., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> WHIRLPOOL CORP. and DOES ) <br> 1-50 inclusive, ) <br> ) <br> Defendant(s). ) <br> ) <br>_____ ) | No. C07-3872 BZ <br><br> **NOTICE SETTING** <br> **STATUS CONFERENCE** |

**PLEASE TAKE NOTICE** that a Status Conference is scheduled for **Monday, April 28, 2008, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party desiring to supplement the Case Management Statement previously filed in this case may do so in writing no later than seven (7) days prior to the Status Conference.

Dated: March 17, 2008

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\THE STANDARD INS CO. V. WHIRLPOOL\STATUS CONF.wpd

1