BRUCE NYE, SBN 77608
ADAMS | NYE | SINUNU | BRUNI | BECHT LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile: (415) 982-2042

Attorneys for Defendant
WHIRLPOOL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STANDARD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION and DOES 1 to 50 inclusive,<br><br>Defendant. | No. C-07-03872 BZ<br><br>**NOTICE OF SETTLEMENT**<br><br>**Complaint Filed: May 14, 2007<br>Superior Court - County of Alameda<br>Case Number: RG 07325813** |

TO:   THE HONORABLE BERNARD ZIMMERMAN, UNITED STATES MAGISTRATE JUDGE

Defendant, **WHIRLPOOL CORPORATION**, hereby gives notice that the Parties to the above-entitled action have agreed to a complete resolution of the case.

The Parties are in the process of completing the settlement documentation, and expect that a Request For Dismissal of the entire action, with prejudice, will be filed shortly.

Dated:   May 22, 2008            ADAMS | NYE | TRAPANI | BECHT LLP

By: _____
BRUCE NYE
Attorneys For Defendant,
WHIRLPOOL CORPORATION

## PROOF OF SERVICE

I am over the age of eighteen years, not a party to the above-captioned matter, and employed by **Adams | Nye | Trapani | Becht LLP**, located at 222 Kearny Street, Seventh Floor, San Francisco, California 94108-4521, where the service described below took place on the date set forth below.

**Person(s) Served:**

<u>Attorneys For Plaintiff, The Standard Insurance Company</u>:

Shawn C. Moore, Esq.
ELIE & ASSOCIATES
11070 White Rock Road, Ste. 200
Rancho Cordova, CA 95670
Tel: (916) 638-6610
Fax: (916) 638-6607

**Document(s) Served:**

### NOTICE OF SETTLEMENT

**Manner of Service:**

__X__ **Mail:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service: such correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business in the county where I work. On the date set forth below, at my place of business, following ordinary business practices, I placed for collection and mailing by deposit in the United States Postal Service a copy of each Document Served, enclosed in a sealed envelope, with the postage thereon fully prepaid, each envelope being addressed to one of the Person(s) Served, in accordance with Code of Civil Procedure 1013(a).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 22, 2008

_____
MARY KATHRYN EARLE

Case Number: C 07 03872 BZ