8          UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STANDARD INSURANCE COMPANY, ) | |
| ) | No. C07-3872 BZ |
| Plaintiff(s), ) | |
| ) | **CONDITIONAL ORDER OF** |
| v. ) | **DISMISSAL** |
| ) | |
| WHIRLPOOL CORPORATION and ) | |
| DOES 1 TO 50 inclusive, ) | |
| ) | |
| Defendant(s). ) | |

        The parties to this matter having advised the Court that

they have agreed to a settlement, **IT IS HEREBY ORDERED** that

this action is **DISMISSED WITH PREJUDICE** and all scheduled

matters are **VACATED**; provided, however, that any party may,

within **30 days** of the date of this Order, move the Court to

restore this matter to the calendar on the grounds that the

settlement has not been consummated.

Dated: May 23, 2008

                              Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\STANDARD INS.COND.DISMISSAL.wpd